**Order entered September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01471-CR

### DEVON STIFF, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F06-19538-W

## ORDER

The Court **REINSTATES** the appeal.

On July 25, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant is indigent and represented by court-appointed counsel Julie Woods; (2) In reviewing the record, Ms. Woods determined that the record of the May 10, 2010 suppression hearing was not included in the reporter's record filed on December 19, 2013 by court reporter Susan Tabaee; (3) Darline LaBar confirmed that she recorded the suppression hearing and she would file the record by August 9, 2014; and (4) Ms. Woods requested thirty days from the August 25, 2014 hearing to file appellant's brief.

We received the reporter's record of the May 10, 2010 suppression hearing on August 26, 2014, together with Ms. LaBar's extension request. We **GRANT** the extension request. The supplemental reporter's record is considered properly filed.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/     DAVID EVANS
        JUSTICE